IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:22-cr-853 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 924(e) |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **ELISHA SHALEEL PATTERSON** | ) | **INDICTMENT** |

## COUNT ONE

**THE GRAND JURY CHARGES:**

On or about April 25, 2022, in the District of South Carolina, the Defendant, **ELISHA SHALEEL PATTERSON**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Springfield, model XD Elite, 9mm pistol and 9mm ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

On or about April 25, 2022, in the District of South Carolina, the Defendant, **ELISHA SHALEEL PATTERSON,** knowingly, intentionally, and unlawfully did possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On or about April 25, 2022, in the District of South Carolina, the Defendant, **ELISHA SHALEEL PATTERSON**, knowingly did possess a firearm in furtherance of a drug trafficking crime, as set forth in Count Two, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violations of Title 18 and Title 21, United States Code, as charged in this Indictment, the Defendant, **ELISHA SHALEEL PATTERSON**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

    (a)    constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (b)    used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

    (c)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)    used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

        (2)    involved in or used in any knowing violations of 18 U.S.C. §§ 922 or 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Firearm:

        Springfield, model XD Elite, 9mm pistol with a high-capacity magazine
        Serial Number: BY195569

    B.    <u>Ammunition</u>:

Miscellaneous rounds of 9mm ammunition

    C.    <u>Proceeds/ Forfeiture Judgment</u>:

A sum of money equal to all property the Defendant obtained as a result of the drug offense charged in the Indictment, and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

<u>SUBSTITUTION OF ASSETS</u>:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

- (a) cannot be located upon the exercise of due diligence;
- (b) has been transferred or sold to, or deposited with, a third person;
- (c) has been placed beyond the jurisdiction of the Court;
- (d) has been substantially diminished in value; or
- (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property.

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A     TRUE     BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *(signature)*
Christopher Lietzow (# 12301)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Fax.: (843) 727-4443
Email: christopher.lietzow@usdoj.gov